| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>KUGLER, ROBERT B. | 2. Court or Organization<br><br>United States District Court - District of New Jersey | 3. Date of Report<br><br>4/29/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>1/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Mitchell Cohen U.S. Courthouse<br>1 John F. Gerry Plaza, Box 889<br>Camden, New Jersey 08101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE  2010 MAY 10  A 11:09  RECEIVED

Kugler, Robert B.

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 4/29/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 4/29/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 4/29/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Bank | A | Interest | J | T | | | | | |
| 2. Gabelli Asset Fund | A | Dividend | J | T | | | | | |
| 3. Mutual Qualified Fund | A | Dividend | J | T | | | | | |
| 4. Schwab 100 Fund | A | Dividend | J | T | | | | | |
| 5. American Express Co. | A | Dividend | K | T | Sold | 02/23/09 | | B | |
| 6. Ford | A | Dividend | J | T | Sold | 02/23/09 | | A | |
| 7. Exxon | A | Dividend | J | T | Sold | 02/23/09 | | A | |
| 8. Newell/Rubbermaid | A | Dividend | J | T | Sold | 02/23/09 | | A | |
| 9. Visteon | A | Dividend | J | T | Sold | 02/23/09 | | A | |
| 10. Pepco Holdings | A | Dividend | J | T | Sold | 02/2309 | | A | |
| 11. Ameriprise Financial | A | Dividend | J | T | Sold | 02/23/09 | | D | |
| 12. Trust (Income Beneficiary) | C | Dividend | M | T | | | | | |
| 13. Partnership, Coins | | None | J | W | | | | | |
| 14. Commerce Bank (now TD Bank). | A | Interest | J | T | | | | | |
| 15. AIG Sun America | A | Interest | J | T | | | | | |
| 16. Trust (Trustee) | | | | | | | | | |
| 17. -Royal Dutch Shell | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q -Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U -Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 4/29/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard Bond Fund | B | Dividend | L | T | | | | | |
| 19. -Vanguard NJ Tax Exempt | B | Dividend | L | T | | | | | |
| 20. -Vanguard Dividend Growth | B | Dividend | K | T | | | | | |
| 21. -Vanguard Health Care Fund | A | Dividend | K | T | | | | | |
| 22. -Vanguard 500 Index Fund | B | Dividend | L | T | | | | | |
| 23. -Mortgage NJ Property | D | Interest | N | T | | | | | |
| 24. -Wachovia Bank | A | Interest | K | T | | | | | |
| 25. -One Centennial Square | E | Dividend | M | W | | | | | |
| 26. Real Estate - Collier County FL (2009 - $255,000) | | | N | T | | | | | |
| 27. Schwab IRA | D | Dividend | N | T | | | | | |
| 28. -American Century Growth Fund | | | | | | | | | |
| 29. -Blackrock Equity Div. | | | | | | | | | |
| 30. -Davis NY Venture Fund | | | | | | | | | |
| 31. -Eaton Vance Large Cap | | | | | | | | | |
| 32. -Thornburg Value Fund | | | | | | | | | |
| 33. -Waddell & Reed Fund | | | | | | | | | |
| 34. -Wells Fargo Advantage Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 4/29/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -First American Small Cap Select | | | | | | | | | |
| 36. -Northern Small Cap Value | | | | | | | | | |
| 37. -Artio Int'l Equity Fund | | | | | | | | | |
| 38. -Harbor International Fund | | | | | | | | | |
| 39. -Manning & Napier World Opportunity | | | | | | | | | |
| 40. -SSGA International Stock | | | | | | | | | |
| 41. -Federated Total Return Bond | | | | | | | | | |
| 42. -Loomis Sayles Bond Fund | | | | | | | | | |
| 43. -Metropolitan West Total Return | | | | | | | | | |
| 44. -Pimpco Total Return Fund | | | | | | | | | |
| 45. -Transamerica Equity Fund | | | | | | | | | |
| 46. -Schwab Cash Fund | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 4/29/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

As to Part VII, paragraph 13, the partnership is with a ▮▮▮▮▮ and is invested in gold coins.

As to Part VII, paragraph 17, with another individual I purchased unimproved real estate in Collier County, FL, in June. The purchase price was $255,000.

As to Part VII, paragraph 12, I am an income beneficiary of a Trust and have a contingent interest in the corpus but have no power to direct, buy or sell or otherwise dispose of any assets. The Trust as of 12/31/09, invested in the following funds and securities: American Century Equity Income Fund, Harbor Capital Appreciation Fund, ING Real Estate Fund, Russell 2000 Index Fund, Munder Mid Cap Growth Fund, Pimco Commodity Real Return Strategy Fund, Touchstone Mid Cap Fund, Delaware Pooled Trust - International Equity Portfolio, Harbor International Fund, Lazard Emerging Markets Portfolio, Morgan Stanley Institutional Fund - International Real Estate, Exxon Mobil Corp., BP PLC Sponsored ADR, General Electric Co., DuPont, Verizon Communications, Public Service Enterprise Group, Fidelity Advisor Emerging Markets Fund, Pimco Total Return Fund, Evergreen International Bond Fund, Vanguard Intermediate Term Tax Exempt Fund.

As to Part VII, paragraph 16, I hold these investments only as Trustee U/W. I do not have any income interest in any holding and have a contingent beneficial interest in the corpus. I have the authority to buy, sell, or otherwise dispose of the assets of the Trust.

As to Part VII, paragraph 27, the Schwab IRA investments are new this year and substitute for last year's investments which were outlined in a letter dated August 6, 2009, supplementing the 2008 financial disclosure.

| Name of Person Reporting | Date of Report |
|---|---|
| KUGLER, ROBERT B. | 4/29/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544